USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC.,

                Plaintiff,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                Defendants.

No. 08 Civ. 10838 (RJS)
**ORDER**

---

GILEAD SCIENCES, INC. and EMORY UNIVERSITY,

                Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                Defendants.

No. 09 Civ. 4463 (RJS)
**ORDER**

---

GILEAD SCIENCES, INC.,

                Plaintiff,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

              Defendants.

No. 10 Civ. 1796 (RJS)
**ORDER**

---

GILEAD SCIENCES, INC. and EMORY UNIVERSITY,

                Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

              Defendants.

No. 10 Civ. 1798 (RJS)
**ORDER**

|  |  |
|---|---|
| MERCK, SHARP & DOHME CORP. and BRISTOL-MEYERS SQUIBB CO.,<br><br>                              Plaintiffs,<br><br>          -v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>                              Defendants. | No. 10 Civ. 1851 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

The Court held a conference on April 8, 2010 to discuss the consolidation and management of the above-captioned matters. The parties proposed, and the Court agreed, that the three FTC cases — 08 Civ. 10838, 09 Civ. 4463, and 10 Civ. 1798 — should be consolidated into one case, while the two other cases — 10 Civ. 1796 (the TDF case) and 10 Civ. 10851 (the Efavirenz case) — should each proceed separately, resulting in three total cases.

Accordingly, IT IS HEREBY ORDERED THAT, by May 3, 2010, the parties shall submit a proposed Case Management Plan and Scheduling Order for each of the three cases, as well as a joint letter regarding scheduling and discovery. The joint letter should also address the following questions:

(1) In light of the consolidation of the three FTC cases, is it appropriate to close two of the cases for administrative purposes, such that the suit would proceed under one case number, with one operative complaint?

(2) If closing two of those cases is appropriate, which two should be closed and why?

SO ORDERED.

Dated:     April 8, 2010
           New York, New York

                                             /s/ Richard J. Sullivan
                                             RICHARD J. SULLIVAN
                                             UNITED STATES DISTRICT JUDGE