USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>         Plaintiff,<br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>         Defendants. | No. 08 Civ. 10838 (RJS)<br>**ORDER** |
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>         Plaintiffs,<br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>         Defendants. | No. 09 Civ. 4463 (RJS)<br>**ORDER** |
| GILEAD SCIENCES, INC.,<br><br>         Plaintiff,<br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>         Defendants. | No. 10 Civ. 1796 (RJS)<br>**ORDER** |
| GILEAD SCIENCES, INC. and EMORY UNIVERSITY,<br><br>         Plaintiffs,<br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>         Defendants. | No. 10 Civ. 1798 (RJS)<br>**ORDER** |

| | |
|---|---|
| MERCK, SHARP & DOHME CORP. and BRISTOL-MEYERS SQUIBB CO.,<br><br>         Plaintiffs,<br><br>-v-<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*,<br><br>         Defendants. | No. 10 Civ. 1851 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, District Judge:

On April 8, 2010, the Court issued an Order directing the parties to submit, by May 3, 2010, three proposed Case Management Plans and Scheduling Orders, as well as a joint letter addressing various questions related to consolidation and management of the above-captioned cases. The Court is in receipt of the parties' May 3, 2010 joint letter, which asks for an extra week to comply with this directive. Despite the fact that the parties waited until the day of the deadline to ask for an extension, in contravention of my individual practices, the request is granted, and the materials referenced in the April 8 Order shall be submitted by May 10, 2010.

The May 3, 2010 letter also notes that Plaintiffs in 10 Civ. 1851 will be seeking to substitute new counsel. If they indeed intend to do so, they should take the appropriate steps expeditiously, in conformity with Local Civil Rule 1.4, so that the substitution does not further delay submission of the above-referenced materials.

SO ORDERED.

Dated:  May 4, 2010
     New York, New York

                    RICHARD J. SULLIVAN
                    UNITED STATES DISTRICT JUDGE