USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GILEAD SCIENCES, INC.,

                        Plaintiff,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                        Defendants.

No. 08 Civ. 10838 (RJS)
ORDER

---

GILEAD SCIENCES, INC. and EMORY UNIVERSITY,

                        Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                        Defendants.

No. 09 Civ. 4463 (RJS)
ORDER

---

GILEAD SCIENCES, INC.,

                        Plaintiff,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                        Defendants.

No. 10 Civ. 1796 (RJS)
ORDER

---

GILEAD SCIENCES, INC. and EMORY UNIVERSITY,

                        Plaintiffs,

-v-

TEVA PHARMACEUTICALS USA, INC., *et al.*,

                        Defendants.

No. 10 Civ. 1798 (RJS)
ORDER

| MERCK, SHARP & DOHME CORP. and BRISTOL-MEYERS SQUIBB CO., | |
|---|---|
| Plaintiffs, | No. 10 Civ. 1851 (RJS) |
| -v- | ORDER |
| TEVA PHARMACEUTICALS USA, INC., *et al.*, | |
| Defendants. | |

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the parties' May 10, 2010 joint letters and proposed Case Management Plans and Scheduling Orders. To assist the Court in evaluating the proposed schedules, IT IS HEREBY ORDERED THAT the parties shall appear for a conference on May 20, 2010 at 11:30 a.m.

The Court also notes that one of the joint letters states that Plaintiffs Merck, Sharpe & Dohme Corp. and Bristol-Myers Squibb "have retained new counsel." Local Civil Rule 1.4 provides that "[a]n attorney who has appeared as an attorney of record for a party may be relieved or displaced only by order of the court and may not withdraw from a case without leave of the court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar." Accordingly, if Plaintiffs intend to retain new counsel, they must follow the steps laid out in Rule 1.4.

SO ORDERED.

Dated: May 11, 2010
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2