IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MERCK SHARP & DOHME CORP. and<br>BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>and TEVA PHARMACEUTICALS<br>INDUSTRIES LTD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 10-CV-1851 (RJS) (AJP)<br>[Proposed] ORDER |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-5-2013

RICHARD J. SULLIVAN, District Judge:

The parties have informed the Court that they reached a settlement in principle.

Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice

but without costs.  However, within forty five days of the date of this Order, any party

may send a letter requesting to restore this action to the undersigned's calendar.  Upon

receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:      June 5, 2013
            New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE