# EXHIBIT A

**Stipulation of Dismissal**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MERCK SHARP & DOHME CORP. and
BRISTOL-MYERS SQUIBB CO.,
Plaintiffs,

v.                                              Civ. A. No. 1:10-cv-01851-RJS

TEVA PHARMACEUTICALS USA, INC.
and TEVA PHARMACEUTICAL
INDUSTRIES, LTD.,
Defendants,

## STIPULATION AND ORDER OF DISMISSAL

The Court, upon the consent and request of Plaintiffs Merck Sharp & Dohme Corp. and Bristol-Myers Squibb Company, and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd., hereby acknowledges the following Stipulation and issues the following Order.

All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

We hereby request and consent to the entry of the foregoing Stipulation and Order Of Dismissal.

| | |
|---|---|
| PEPPER HAMILTON, LLP | KENYON & KENYON |
| /s/ Adam Benjamin Michaels | /s/ James Wright Galbraith |
| Adam Benjamin Michaels | James Wright Galbraith |
| Pepper Hamilton, LLP (NYC) | Kenyon & Kenyon |
| The New York Times Building | One Broadway |
| 620 Eighth Avenue | New York, NY 10004 |
| New York, NY 10018 | (212)-908-6419 |
| (212) 808-2700 x2746 | Fax: (212)-425-5288 |
| Fax: (212) 286-9806 | Email: jgalbraith@kenyon.com |
| Email: michaela@pepperlaw.com | |
| | *Attorneys for Defendants* |
| *Attorney for Plaintiffs* | |

Dated: _____August 16_____, 2013

This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

This Stipulation and Order shall finally resolve the Action between the parties.

The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

**SO ORDERED:**

This __16__ day of __August__, 2013.

_____
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE